UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1548 JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>     Plaintiff, )<br>              )<br>     v.       )<br>              )<br>JUAN ONTIVEROS-PALOMARES, )<br>  aka Francisco Martinez-Gomez, )<br>              )<br>     Defendant. )<br>_____) | Criminal Case No. _____<br><br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

　　Please take notice that the above-entitled case is related to United States of America v. Juan Ontiveros-Palomares, aka Francisco Martinez-Gomez, Criminal Case No. 08CR0489-JLS.

　　DATED: May 14, 2008.

　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ W. Mark Conover

　　　　　　　　　　　　　　　　　　W. MARK CONOVER
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney