James Matthew Brown (CSB# 98922)
2044 First Avenue, Suite 200
San Diego, CA. 92101
(619) 238-0815

Attorney for Defendant Juan Ontiveros-Palomares

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN ONTIVEROS-PALOMARES,<br><br>　　　　　Defendant. | ) Case No. 08-CR-1548-JLS<br>)<br>) NOTICE OF MOTION AND<br>) MOTION FOR<br>) 1) DISCOVERY/PRESERVE EVIDENCE<br>) 2) LEAVE TO FILE MOTIONS<br>)<br>)<br>) Date:　　8/15/08<br>) Time:　　9:00 A.m.<br>) Judge:　Hon. Janis Sammartino |

TO: THE UNITED STATES ATTORNEY and JEFF MOORE, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on August 15, 2008 at 9:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Janis Sammartino, United States District Court for the Southern District of California, the Defendant, Juan Ontiveros-Palomares, by and through his counsel, James Matthew Brown, will ask this Court to enter an Order granting the following motions: 1) to compel and preserve discovery; and 2) Leave to file additional motions.

**MOTION**

The defendant Juan Ontiveros-Palomares, by and through his counsel, James Matthew Brown, pursuant to United States Constitution, Fed. R. Crim. Proc., Rules 8 and 14, and applicable case law and local rules, moves this Court for an Order: 1) to compel and preserve discovery; and 2) Leave to file additional motions.

1  These motions are based upon the instant Motions and Notice of Motions, the attached
2  Statements of Facts and Memorandum of Points and Authorities, the files and records in the above-
3  captioned matter, and any and all other materials which may be brought to this Court's attention
4  prior to or during the hearing on these motions.

Respectfully Submitted this 14th day of August 2008.

S/James Matthew Brown  
James Matthew Brown  
Attorney of Defendant,  
Juan Ontiveros-Palomares