```
 1  JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
    Attorney at Law
 2  2044 First Avenue, Suite 200
    San Diego, California 92101
 3  (619) 238-0815

 4
    Attorney For Defendant JUAN ONTIVEROS-PALOMARES
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10                  (HONORABLE JANIS SAMMARTINO)

11  UNITED STATES OF AMERICA,      )  Crim. Case No. 08CR1548-JLS
                                   )
12                                 )
                 Plaintiff,        )  STIPULATION TO FILE DISCOVERY
13                                 )  MOTIONS AND FOR CONTINUANCE
    v.                             )  OF MOTION HEARING
14                                 )
    JUAN ONTIVEROS-PALOMARES,      )
15                                 )
                 Defendant.        )
16                                 )
                                   )
17

18       COMES NOW, United States of America, by and through its

19  attorney of record, (former?) Assistant U.S. Attorney, JEFF MOORE,

20  and Juan Ontiveros-Palomares, by and through his attorney of record,

21  James Matthew Brown, APLC and hereby stipulate as follows.

22       The government has provided discovery without the necessity

23  discovery motions. Additional discovery may be warranted and will

24  require the filing of discovery motions. The basis for this

25  statement is the defendants mental status which has recently been

26  evaluated. Counsel for the defendant has just recently concluded a

27  wrongful death trial before the Honorable Steven Denton, Judge of

28  the Superior Court and has, therefore, been delayed in determining
```

1 what assistance, if any, Mr. Ontiveros can provide.
2     It is also the parties intention to file the attached discovery
3 motions so as to toll the speedy trial act and allow the parties to
4 proceed with plea negotiations and ultimately enter a plea before
5 the Magistrate Judge. The parties intend on meeting to facilitate
6 that process and to satisfy the requirements of the United States
7 Sentencing Guidelines.
8     As such the parties stipulate to the filing of the attached
9 Motion For Discovery/Preserve Evidence and Leave to File Additional
10 Motions.
11     The matter is presently set for motion hearing/trial setting
12 on August 15, 2008 at 9:00 p.m. before the Honorable Janis
13 Sammartino, United States District Court Judge.
14     At said time and place the parties will request a continuance
15 of the motion hearing date to a time convenient to the court in
16 order to pursue the course outlined above. The parties further
17 stipulate to continue said hearing to August
18     Therefore, the parties stipulate the above discovery motion
19 trial setting hearing date should be continued and the attached
20 / / / / /
21 / / / / /
22 / / / / /
23 / / / / /
24 / / / / /
25 / / / / /
26 / / / / /
27 / / / / /
28

2

1 | Motion for Discovery/Preserve Evidence and Leave to File Additional
2 | Motions be filed for the reasons described.
3 | IT IS SO STIPULATED.
4 | DATED: 8/14/2008          LAW OFFICES OF JAMES MATTHEW BROWN, APLC
5 |
6 |                           By:  S/James Matthew Brown
                                   James Matthew Brown, APLC
7 |                                Attorney for Defendant
8 | DATED: 8/14/2008          UNITED STATES ATTORNEY
9 |
10|                           By:  S/Jeff Moore
                                   Jeff Moore, Esq.
11|                                Attorney for Plaintiff
12|
13|
14|
15|
16|
17|
18|
19|
20|
21|
22|
23|
24|
25|
26|
27|
28|