```
                Re:     USA v. JUAN ONTIVEROS-PALOMARES
     Criminal Case No.: 08CR1548-JLS
```

**PROOF OF SERVICE BY E-FILE**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

I am employed in San Diego, California; I am over the age of eighteen years and am not a party to this action; my business address is 2044 First Avenue, Suite 200, San Diego, CA 92101.

On **August 14, 2008**, I served the following document(s) described as:

1. **NOTICE OF MOTION AND MOTION FOR 1)DISCOVERY/PRESERVE EVIDENCE, 2) LEAVE TO FILE ADDITIONAL MOTIONS**
2. **POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS FOR 1)DISCOVERY/PRESERVE EVIDENCE 2) LEAVE TO FILE ADDITIONAL MOTIONS**
3. **STIPULATION TO FILE DISCOVERY MOTIONS AND FOR CONTINUANCE OF MOTION HEARING**

action by e-file service:

Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Matthew Brown**
  jim@brownlawaplc.com

- **Jeffrey David Moore**
  Jeffrey.Moore@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov

Manual Notice List

The following is the list of attorneys who are **not on the list to receive e-mail notices for this case (who therefore require manual noticing).**

- (No manual recipients)

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ James Matthew Brown