```
 1  JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
    Attorney at Law
 2  2044 First Avenue, Suite 200
    San Diego, California 92101
 3  (619) 238-0815

 4
    Attorney For Defendant JUAN ONTIVEROS-PALOMARES
 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9             SOUTHERN DISTRICT OF CALIFORNIA

10              (HONORABLE JANIS SAMMARTINO)

11  UNITED STATES OF AMERICA,     )  Crim. Case No. 08CR1548-JLS
                                  )
12                                )
               Plaintiff,         )  STIPULATION TO FILE DISCOVERY
13                                )  MOTIONS AND FOR CONTINUANCE
    v.                            )  OF MOTION HEARING
14                                )
    JUAN ONTIVEROS-PALOMARES,     )
15                                )
               Defendant.         )
16                                )
                                  )
17  _____

18       COMES NOW, United States of America, by and through its
19  attorney of record, (former?) Assistant U.S. Attorney, JEFF MOORE,
20  and Juan Ontiveros-Palomares, by and through his attorney of record,
21  James Matthew Brown, APLC and hereby stipulate as follows.
22       The government has provided discovery without the necessity
23  discovery motions. Additional discovery may be warranted and will
24  require the filing of discovery motions. The basis for this
25  statement is the defendants mental status which has recently been
26  evaluated. Counsel for the defendant has just recently concluded a
27  wrongful death trial before the Honorable Steven Denton, Judge of
28  the Superior Court and has, therefore, been delayed in determining
```

1 | what assistance, if any, Mr. Ontiveros can provide.
2 |     It is also the parties intention to file the attached discovery
3 | motions so as to toll the speedy trial act and allow the parties to
4 | proceed with plea negotiations and ultimately enter a plea before
5 | the Magistrate Judge. The parties intend on meeting to facilitate
6 | that process and to satisfy the requirements of the United States
7 | Sentencing Guidelines.
8 |     As such the parties stipulate to the filing of the attached
9 | Motion For Discovery/Preserve Evidence and Leave to File Additional
10 | Motions.
11 |     The matter is presently set for motion hearing/trial setting
12 | on August 15, 2008 at 9:00 p.m. before the Honorable Janis
13 | Sammartino, United States District Court Judge.
14 |     At said time and place the parties will request a continuance
15 | of the motion hearing date to a time convenient to the court in
16 | order to pursue the course outlined above. The parties further
17 | stipulate to continue said hearing to August
18 |     Therefore, the parties stipulate the above discovery motion
19 | trial setting hearing date should be continued and the attached
20 | / / / / /
21 | / / / / /
22 | / / / / /
23 | / / / / /
24 | / / / / /
25 | / / / / /
26 | / / / / /
27 | / / / / /
28 |

2

1  Motion for Discovery/Preserve Evidence and Leave to File Additional
2  Motions be filed for the reasons described.
3  IT IS SO STIPULATED.
4  DATED: 8/14/2008          LAW OFFICES OF JAMES MATTHEW BROWN, APLC
5
                             By:  S/James Matthew Brown
6                                 James Matthew Brown, APLC
                                  Attorney for Defendant
7
8  DATED: 8/14/2008          UNITED STATES ATTORNEY
9
                             By:  S/Jeff Moore
10                                Jeff Moore, Esq.
                                  Attorney for Plaintiff
11